COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       GFH Funding, Ltd. and Gonzalez Financial Holdings, Inc. v. Kraken Holdings, LLC and Morlock, LLC

Appellate case number:    01-16-00853-CV

Trial court case number:   2010-52641

Trial court:               55th District Court of Harris County

On July 13, 2017, we abated this appeal and remanded the case to the trial court to address a dispute about the accuracy of the reporter's record—specifically Defendant's Exhibit 1, identified as "Distribution Lists for 2012–2015," and Defendants' Exhibit 2, identified as "Kraken Portfolio"—that were not included in the reporter's record filed on March 2, 2017. TEX. R. APP. P. 34.6(e)(2), (f).

On September 19, 2017, the court reporter filed a reporter's record of the trial court's August 14, 2017 abatement hearing. The hearing record reflects that the parties "are in agreement" as to Defendant's Exhibit 1, "Distribution Lists 2012–2015," and Defendants' Exhibit 2, "Kraken Portfolio," which "were offered at trial" and "reoffer[ed]" at the abatement hearing to "be made a part of the record and go up on appeal with the certified record." The two exhibits are included in the reporter's record filed on September 19, 2017. Accordingly, we **reinstate** this case on the Court's active docket.

On June 21, 2017, appellants, GFH Funding, Ltd. and Gonzalez Financial Holdings, Inc., filed an "Advisory to the Court and Motion for New Trial." The motion is **dismissed as moot**.

Appellee's brief is due to be filed no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(b), (d).

It is so ORDERED.

Judge's signature:  /s/ Russell Lloyd
                     ☒   Acting individually

Date: October 19, 2017